# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**UNITED STATES OF AMERICA**

    vs.

**CASE NO. 97CR0082-076 (SEC)**

**JOSE A. VELAZQUEZ-CRUZ**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## INFORMATIVE MOTION

**TO THE HONORABLE SALVADOR E. CASELLAS**
**SENIOR U.S. DISTRICT JUDGE**
**DISTRICT OF PUERTO RICO**

    **COMES NOW**, Fernando J. Morales, U.S. Probation Officer of this Honorable Court, and respectfully submits and inform as follows:

    On March 12, 1999, Your Honor sentenced to seventy (70) months of imprisonment and five (5) years on supervised release to follow for a violation to Title 21, United States Code Section 846 - Conspiracy to Distribute heroine, marihuana and cocaine. As special conditions of said supervised release term, he was ordered to submit to urinalysis and financial disclosure. A special monetary assessment in the sum of $100 was imposed.

    On January 29, 2008, Mr. Velázquez-Cruz filed a request for a protection order at the Juana Díaz Municipal Court in Puerto Rico after having an argument with his consensual partner, Ms. Jenny Villanueva. On that same date, Ms. Villanueva also filed a request for a protection order against Mr. Velázquez-Cruz. On January 29, 2008 a hearing was held by the Honorable Viviana J. Torres-Reyes, Municipal Judge, who found no probable cause and dismissed both requests.

    **WHEREFORE**, the aforementioned is brought upon the Court for informational purposes only. In San Juan, Puerto Rico, this 12th day of February 2008.

    Respectfully submitted,

    EUSTAQUIO BABILONIA, CHIEF
    U.S. PROBATION OFFICER

    S/Fernando J. Morales
    U.S. Probation Officer
    Federal Office Building
    150 Ave. Carlos Chardón, Rm. 400
    San Juan PR  00918-1741
    787-766-5596
    787- 766-5945(Fax)
    fernando_morales@prp.uscourts.gov

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY**, that on this date, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Assistant U.S. W. Stephen Muldrow, U.S. Attorney's Office and to Defense Counsel Rachel Brill, Esq.

In San Juan, Puerto Rico this 12th day of February 2008.

S/Fernando J. Morales
U.S. Probation Officer
Federal Office Building
150 Ave. Carlos Chardón, Rm. 400
San Juan PR  00918-1741
787-766-5596
787- 766-5945(Fax)
fernando_morales@prp.uscourts.gov