ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
TRIBUNAL MUNICIPAL
SALA DE JUANA DIAZ

| | |
|---|---|
| **JOSE A. VELÁZQUEZ CRUZ**<br>PETICIONARIO/QUERELLANTE<br><br>VS.<br><br>**JENNY VILLANUEVA**<br>PETICIONADO/QUERELLADO | Civil Núm.: JDOP2008-10<br><br>SOBRE:<br><br>LEY 54 |

## *RESOLUCION*

Por la presente se ordena el archivo de la Petición de Orden de Protección Bajo Ley 54 al amparo de los siguientes fundamentos:

☐ El peticionario ha desistido de su reclamación.
☐ Falta de interés de la parte peticionaria.
☐ Acuerdo entre las partes.
☐ Falta de jurisdicción.
☐ No existe controversia real que amerite una adjudicación.
☒ El Tribunal, luego de escuchar y aquilatar la prueba ofrecida por las partes, declara NO HA LUGAR la Petición presentada.
☐ Otra:

**REGISTRESE Y NOTIFIQUESE:**

Dada en Juana Díaz, Puerto Rico, a 29 de enero de 2008.

*VIVIANA J. TORRES REYES*
*JUEZ MUNICIPAL*

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
TRIBUNAL MUNICIPAL
SALA DE JUANA DIAZ

| | |
|---|---|
| **JENNY VILLANUEVA**<br>PETICIONARIO/QUERELLANTE<br><br>VS.<br><br>**JOSE A. VELÁZQUEZ CRUZ**<br>PETICIONADO/QUERELLADO | Civil Núm.: JDOP2008-11<br><br>SOBRE:<br><br>LEY 54 |

## *RESOLUCION*

Por la presente se ordena el archivo de la Petición de Orden de Protección Bajo Ley 54 al amparo de los siguientes fundamentos:

☐ El peticionario ha desistido de su reclamación.
☐ Falta de interés de la parte peticionaria.
☐ Acuerdo entre las partes.
☐ Falta de jurisdicción.
☐ No existe controversia real que amerite una adjudicación.
☒ El Tribunal, luego de escuchar y aquilatar la prueba ofrecida por las partes, declara NO HA LUGAR la Petición presentada.
☐ Otra:

**REGISTRESE Y NOTIFIQUESE:**

Dada en Juana Díaz, Puerto Rico, a 29 de enero de 2008.

*VIVIANA J. TORRES REYES*
*JUEZ MUNICIPAL*